# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

―――――――――――――

DANIEL CARMAN,

Appellant,

v.

WELLS FARGO BANK, N.A., as trustee for the Mastr
asset backed securities trust 2007-NCW mortgage
pass-through certificates series 2007-NCW,

Appellee.

No. 2D21-3750

―――――――――――――

January 31, 2024

Appeal from the Circuit Court for Pinellas County; George Jirotka, Judge.

Bryant H. Dunivan, Jr. of The Consumer Protection Attorney, PA, Tampa, for Appellant.

Charles P. Gufford of McCalla Raymer Liebert Peirce, LLC, Orlando, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

―――――――――――――

Opinion subject to revision prior to official publication.